# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL STRAW, | |
|     Plaintiff | |
|     v. | Civil Action No. 3-17-cv-418-JZ |
| BUCKEYE RIDGE HABITAT FOR HUMANITY, INC. d/b/a Habitat of Humanity of Marion County Ohio, Inc., | JUDGE: Jack Zouhary |
|     Defendant. | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant (collectively referred to as the "Parties") hereby notify the Court that on November 9, 2017, the parties came to a preliminary settlement, which sets forth the material terms of the Parties' proposed written binding and enforceable agreement to fully, finally, and forever resolve, discharge, and release Plaintiff's claims in the above referenced action based on Defendant's payment of the sum of Seven Thousand and 00/100 Dollars ($7,000) (the "Settlement"), without any admission of liability, subject to final approval of the Settlement pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and dismissal of the action with prejudice by the Court. The Settlement will be memorialized in a comprehensive written Settlement Agreement and related documents, which the parties will file with the Court as part of a motion for approval, as soon as practical, with a goal of filing by November 30, 2017.

Based on the foregoing, the Parties respectfully request that the Court temporarily suspend all further proceedings, pending the filing of the proposed Settlement Agreement and motion for approval.

    DATED this 13th day of November, 2017.

Respectfully submitted,

/s/Matthew J.P. Coffman
Matthew J.P. Coffman (0085586)
Coffman Legal, LLC
1457 S. High St.
Columbus, Ohio 43207
Phone: 614-949-1181
Fax: 614-386-9964
mcoffman@mcoffmanlegal.com

/s/Peter Contreras
Peter Contreras (0087530)
Contreras Law, LLC
PO Box 215
Amlin, Ohio 43002
Phone: 614-787-4878
Fax: 614-923-7369
peter.contreras@contrerasfirm.com

Attorneys for Plaintiff
_____
 /s/Keith L. Pryatel
 Keith L. Pryatel
 Ohio Bar No. 0034532
 Local Counsel
 Kastner Westman & Wilkins
 3550 West Market Street, Suite 100
 Akron, Ohio  44333
 Telephone:   (330) 867-9998
 Facsimile:    (330) 867-3786
 kpryatel@kwwlaborlaw.com

/s/ Christopher P. Butler
Christopher P. Butler
Georgia Bar No. 099522
Admitted Pro Hac Vice
Ford & Harrison LLP
271 17th Street, NW, Suite 1900
Atlanta, GA 30363
Telephone: (404) 888-3800
Facsimile: (404) 888-3863
cbutler@fordharrison.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL STRAW,<br><br>      Plaintiff<br><br>      v.<br><br>BUCKEYE RIDGE HABITAT FOR HUMANITY, INC. d/b/a Habitat of Humanity of Marion County Ohio, Inc.,<br><br>      Defendant. | Civil Action No. 3-17-cv-418-JZ<br><br>JUDGE: Jack Zouhary |

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2017, a copy of the **JOINT NOTICE OF SETTLEMENT** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorney of record:

>Matthew J. P. Coffman
>Coffman Legal, LLC
>1457 S. High Street
>Columbus, Ohio  43207

>Peter Contreras
>Attorney at Law, LLC
>Contreras Law
>P.O. Box 215
>Amlin, Ohio 43002

>    s/ Christopher P. Butler
>    CHRISTOPHER P. BUTLER

WSACTIVELLP:9456594.1